**IN THE SUPERIOR COURT FOR THE STATE OF DELAWARE**

| | | |
|---|---|---|
| CHERI BLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. N20C-08-020 MMJ |
| | ) | |
| NEW CASTLE COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

On Defendant's Motion to Dismiss

**GRANTED**

Plaintiff Black filed a Complaint and subsequently an Amended Complaint. Both documents are *pro se* and handwritten. The handwriting and style are identical to pleadings filed in related litigation by Black's mother, Emily Baldwin. In total, there are now seven related cases nominally filed by Black, Emily Baldwin, or Maxine Baldwin (Emily Baldwin's sister).

The procedural and factual history of this litigation is set forth in the Court's recent decisions - *Baldwin v. New Castle County*, Del. Super., C.A. No. N20C-12-126, Johnston, J. (Sept. 14, 2021) (Opinion) and *Black v. New Castle County*, Del. Super., C.A.No. N20C-08-270, Johnston, J. (Sept. 14, 2021) (Opinion). Both Opinions found that all related cases have been instigated and managed by Emily Baldwin, who is engaging in the unauthorized practice of law.

The Court ruled:

**ANY FUTURE CLAIMS BROUGHT AT THE BEHEST AND UNDER THE DIRECTION OF EMILY BALDWIN WILL BE SUMMARILY DISMISSED ON THE GROUNDS THAT EMILY BALDWIN IS ENGAGING IN THE UNAUTHORIZED PRACTICE OF LAW.**

The instant case involves: the same property; the same fire damage; the same dispute about the proper recipient of insurance proceeds from the fire loss; and the same related disputes about the property with New Castle County.

The Court finds that Emily Baldwin has instigated and directed this case and is engaging in the unauthorized practice of law in Delaware

**THEREFORE, this case is hereby SUMMARILY DISMISSED WITH PREJUDICE. Defendant's Motion to Dismiss is hereby GRANTED ON OTHER GROUNDS.**

**IT IS SO ORDERED.**

Dated: 9/28/21

The Honorable Mary M. Johnston
Delaware Superior Court Judge